**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

UNITED STATES                *

                                   *

     v.                            *          CRIM. NO.

                                     *

                                     *

                                     *

                                 *****

## <u>ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING</u> <u>FOR FELONY PLEAS AND/OR SENTENCINGS</u>

In accordance with Standing Order 2020-06, this Court finds:

_____ That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

_____ That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

Accordingly, the proceeding(s) held on this date may be conducted by:

_____ Video Teleconferencing

_____ Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

         _____ The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

         _____ Other:

Date: March 2, 2021                              *s/Susan D. Wigenton*
                                                 United States District Judge